FILED

1000023

JUL 18 2019

4639

CLERK, U.S. DISTRICT COURT
NORFOLK

RECEIVED MAIL DC Ph1:08 MAY 29 '19

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| V. | ) |
| | ) |
| Dustin Wilkins | ) |
| | ) |

Case No.   0090 1:13CR00267-001

2:19mj407

## ARREST WARRANT

To:        Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)* Dustin Wilkins

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☐ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition   ☑ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

1. **The defendant shall not commit another federal, state, or local crime. (Mandatory Condition)**

2. **The defendant shall pay the balance of any restitution owed at a rate of no less than $50 each month and provide verification of each payment to the Probation Office (Special Condition)**

Date:   5/28/2019

Issuing Officer's Signature

City and State:  Washington, DC

John T. Haley / Courtroom Deputy
*Printed Name and Title*

---

### Return

This warrant was received on *(date)*   5/29/2019  , and the person was arrested on *(date)*  7/17/2019
at *(city and state)*  Hampton Roads Regional Jail, VA

Date:   7/18/2019

R.S. Wilhite DUSM
*Arresting Officer's Signature*

R.S. Wilhite DUSM
*Printed Name and Title*

FILED

JUL 1 8 2013

TRUCO TOMITERT ZUS JUSTICIO
AD FEE MICOU

FOh/mR:6